Annette T. Smurr, Esq., SBN: 138052
**LAW OFFICE OF ANNETTE T. SMURR**
2100 Tulare Street, Suite 529
Fresno, California 93721
Telephone: (559) 441-7100
Facsimile: (559) 441-7119

Attorney for Defendant,
Javier Salcedo

# The United States District Court
## For the Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:10-CR-00210 AWI |
| Plaintiff, | **STIPULATION: TO CONTINUE DATE OF SETTLEMENT CONFERENCE AND ORDER TO CONTINUE DATE OF SETTLEMENT CONFERENCE** |
| vs. | |
| JAVIER SALCEDO, | |
| Defendant | |

   Defendant, Javier Salcedo, by and through his attorney of record, ANNETTE T. SMURR, and THE UNITED STATES OF AMERICA, by and through its attorney of record, BENJAMIN B. WAGNER, and KATHLEEN A. SERVATIUS, Assistant United States District Attorney, hereby enter into the following stipulation:

   1. The parties to the above-captioned matter agree to vacate the current settlement conference date of January 30, 2012 at 9:00 AM and to continue the settlement conference date to February 27, 2012 at 10:00 AM.

STIPULATION: TO CONTINUE DATE OF SETTLEMENT CONFERENCE

**AND ORDER TO CONTINUE DATE OF SETTLEMENT CONFERENCE** - 1

2. Good cause exists in this matter because further investigation by the Drug Enforcement Agency is required.

Dated this 26th day of January, 2012          BY: /s/ Annette T. Smurr
                                              ANNETTE T. SMURR,
                                              Attorney for Defendant,
                                              Javier Salcedo

                                              BY: /s/ Kathleen A. Servatius
                                              KATHLEEN A. SERVATIUS,
                                              Assistant U.S. Attorney

Having read and considered the foregoing STIPULATION:

**IT IS THE ORDER OF THE COURT THAT** the current January 30, 2012, at 9:00 AM date and time for the status conference is hereby vacated. The new status conference date and time shall be on February 27, 2012 at 10:00 AM.

IT IS SO ORDERED.

Dated:  January 26, 2012          _____
                                  CHIEF UNITED STATES DISTRICT JUDGE